## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **BABILA FELICITE MUYETBE** | **CIVIL ACTION NO. 21-0496** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **ALEJANDRO MAYORKAS** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Babila Felicite Muyetbe's Petition is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 14th day of June, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE